# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

KEVIN J. KAYLOR,  :  No. 25 MM 2016

Petitioner  :

v.  :

COMMONWEALTH OF PENNSYLVANIA,  :

Respondent  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of April, 2016, the Application for Leave to File Original Process is **GRANTED**, and the "King's Bench Power Declaration" is **DENIED**.